IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JAMES JOSEPH OWENS-EL,** | ) | |
| **Inmate #00305131,** | ) | |
| | ) | |
| Petitioner, | ) | **CIVIL NO. 03-803-WDS** |
| | ) | |
| vs. | ) | **APPEAL 05-2594** |
| | ) | |
| **WARDEN E. A. STEPP,** *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM AND ORDER

**STIEHL, District Judge:**

Petitioner has appealed the dismissal of his petition, and he now asks this Court to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c). However, Petitioner's § 2241 petition is neither a proceeding under section § 2255, nor is it a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court. Consequently, no certificate of appealability is necessary for Petitioner to perfect his appeal. FED.R.APP.P. 22(b); 28 U.S.C. § 2253(c). Accordingly, Petitioner's Motion for Certificate of Appealability (Doc. 19) is **DENIED** as **MOOT.**

IT IS SO ORDERED.

DATED: June 15, 2005

s/ *WILLIAM D. STIEHL*
**DISTRICT JUDGE**